IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EDUARDO JIMENEZ MUNOZ, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) ) | Case No.: 3:20-cv-1111 |
| v. ) ) | JURY DEMAND |
| ) | |
| ANDRADE'S CLEAN UP, INC., ) THE BEST TURN, INC. d/b/a ) ANDRADE'S CLEAN UP, and ) JORGE ANDRADE, individually, ) ) | JUDGE RICHARDSON MAGISTRATE JUDGE NEWBERN |
| Defendants. ) | |

## JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND DISMISS WITH PREJUDICE

Plaintiff Eduardo Jimenez Munoz ("Named Plaintiff"), on behalf of himself and the individuals who opted into this lawsuit[1] ("Opt-In Plaintiffs") (collectively, "Plaintiffs"), and Defendants Andrade's Clean Up, Inc., The Best Turn, Inc. d/b/a Andrade's Clean Up, and Jorge Andrade (collectively, "Defendants") (together with Plaintiffs, the "Parties") respectfully submit this Joint Motion to Approve Settlement Agreement and Dismiss with Prejudice.

For the reasons set forth in the accompanying order, the Settlement Agreement, attached as **Exhibit A**, is a fair and reasonable resolution of a bona fide dispute regarding Defendants' alleged violations of the Fair Labor Standards Act. Additionally, Plaintiffs have been represented by counsel throughout the pendency of this litigation. The Parties exchanged initial disclosures, which enabled them to assess the potential risks of litigation. While conducting

---

[1] The claims of Opt-In Plaintiff Adriel M. Garcia Batres were previously dismissed with prejudice. See Docket Entry 46.

discovery, representatives for both Parties reached a negotiated settlement of the claims of this litigation without admission of Defendants' liability. As indicated by their signatures below, Plaintiffs' counsel believes the settlement is fair, adequate, reasonable, and is in Plaintiffs' best interests.

The Parties respectfully request the Court grant this Motion, approve the Settlement Agreement, and enter an order dismissing the case with prejudice and retaining jurisdiction over the Parties to the Settlement Agreement for the purposes of interpretation, compliance, and enforcement of the Settlement Agreement. An Order Approving Settlement Agreement and Dismissing with Prejudice is attached hereto as **Exhibit B.**

Respectfully submitted,

*/s/ Megan. M. Sutton*
Mark A. Baugh, BPR No. 015779
Megan Sutton, BPR No. 029419
Jennifer Gingery Cook, BPR No. 020027
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
1600 West End Avenue
Nashville, TN 37203
Telephone: (615) 726-5600
Facsimile: (615) 726-0464
mbaugh@bakerdonelson.com
msutton@bakerdonelson.com
jcook@bakerdonelson.com

Attorneys for Defendants


*/s/ Miguel Bouza*
Miguel Bouzas, Pro Hac Vice
FLORIN GRAY BOUZAS OWENS, LLC
16524 Pointe Village Drive, Suite 100
Lutz, Florida 33558
Telephone: (727) 254-5255
miguel@fgbolaw.com

Charles P. Yezbak, BPR No. 018965
N. Chase Teeples, BPR No. 032400
YEZBAK LAW OFFICES PLLC
2021 Richard Jones Road, Suite 310A
Nashville, TN 37215
Telephone: (615) 250-2000
Facsimile: (615) 250-2020
yezbak@yezbaklaw.com
teeples@yezbaklaw.com

Attorneys for Plaintiffs

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of June 2022, a copy of the foregoing Joint Motion to Approve Settlement Agreement and Dismiss with Prejudice was filed electronically. Notice of this filing will be served by operation of the Court's electronic filing system to counsel for parties below. Counsel for parties may access these filings through the Court's electronic filing system:

Charles P. Yezbak, III, BPR No. 018965
N. Chase Teeples, BPR No. 032400
YEZBAK LAW OFFICES PLLC
2021 Richard Jones Rd., Ste. 310A
Nashville, Tennessee 37215

Miguel Bouzas, FL Bar No. 48943
FLORIN GRAY BOUZAS OWENS, LLC
16524 Pointe Village Drive, Suite 100
Lutz, Florida 33558

Attorneys for Plaintiffs

*/s/ Jennifer Gingery Cook*
Jennifer Gingery Cook